

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-15-00070-CV

**SKYLINE EMS INC.** and Juan "Johnny" Cordero,
Appellants

v.

**AR CONCEPTS INC.**,
Appellee

From the 224th Judicial District Court, Bexar County, Texas
Trial Court No. 2014-CI-15618
The Honorable Richard E. Price, Judge Presiding

BEFORE JUSTICE ANGELINI, JUSTICE CHAPA, AND JUSTICE PULLIAM

In accordance with this court's opinion of this date, the judgment of the trial court is AFFIRMED. Costs of appeal are taxed against Appellants Skyline EMS Inc. and Juan "Johnny" Cordero.

SIGNED November 25, 2015.

_____
Karen Angelini, Justice